UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JONATHAN BERKS**                                                               **PETITIONER**
**ADC #151273**

V.                  NO. 5:16cv00371-BRW-JTR

**WENDY KELLEY, Director,**                                    **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 16th day of January, 2018.

                                                   /s/ Billy Roy Wilson _____
                                                   UNITED STATES DISTRICT JUDGE